USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 05/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB MOSKOWITZ,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>                              **Defendant.** | **21-CV-03030 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' pre-motion conference letters. ECF Nos. 15, 16. Upon review of the submissions, the Court denies Defendant's request for a pre-motion conference. Defendant is hereby GRANTED leave to file a motion to dismiss according to the following briefing schedule:

- Opening brief: May 28, 2021
- Opposition brief: June 18, 2021
- Reply brief: June 25, 2021

**SO ORDERED.**

**Dated:**    **May 7, 2021**
              **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**