**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACOB MOSKOWITZ,

                Plaintiff,

-against-                                      21 **CIVIL** 3030 (LTS)

## **JUDGMENT**

PRINCIPAL LIFE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 31, 2023, Defendant's motion to dismiss the Amended Complaint is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

       July 31, 2023

                                                                    **RUBY J. KRAJICK**
                                                                  _____
                                                                    **Clerk of Court**

                                              **BY:**      *K. Mango*
                                                                     _____
                                                                    **Deputy Clerk**